**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Brian D. SETENCICH, Defendant– Appellant.**

No. 00–10445.

D.C. No. CR–98–05389–OWW.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Sept. 10, 2001.

Decided Dec. 13, 2001.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

UNITED STATES of America,
Plaintiff–Appellee,

v.

Kenneth L. PIERCE, Defendant–
Appellant.

No. 00–10518.

D.C. No. CR–00–00077–1–GEB.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 16, 2001 *.

Decided Dec. 13, 2001.

Before REINHARDT, HAWKINS and RAWLINSON, Circuit Judges.

MEMORANDUM *

In reviewing the denial of a motion for a new trial, we will find an abuse of discretion by the district court only "in exceptional circumstances in which the evidence weighs heavily against the verdict." *See United States v. Chen,* 754 F.2d 817, 821 (9th Cir.1985). Appellant has failed to demonstrate exceptional circumstances. To the contrary, there was sufficient evidence in the record to support Appellant's conviction.

AFFIRMED.

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).